IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:08-CR-188-F-1

| | |
|---|---|
| MARCUS ANTONIO MCNEILL, | ) |
| Petitioner, | ) |
| v. | ) ORDER |
| UNITED STATES OF AMERICA, | ) |
| Respondent. | ) |

For good cause having been shown upon the Consent Motion to Cancel the evidentiary hearing set to be scheduled before the Honorable James C. Fox, it is hereby

ORDERED that no evidentiary hearing be scheduled at this time. It is further ordered that Respondent be allowed thirty (30) days from the date of this Order to respond to Petitioner's § 2255 Motion.

This 22ⁿᵈ day of July, 2013.

*James C. Fox*
JAMES C. FOX
Senior United States District Judge