UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:08-CR-00188-F-1

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| ) | |
| v. ) | ORDER |
| ) | |
| ) | |
| MARCUS ANTONIO MCNEILL ) | |
| ) | |

This matter is before the court *sua sponte*. On February 3, 2016, Defendant Marcus Antonio McNeill filed a motion [DE-103] seeking reconsideration of this court's order [DE-101] denying a sentence reduction pursuant to 18 U.S.C. § 3582. After reviewing Mr. McNeill's motion, the U.S. Probation Office prepared a revised recommendation for the court, and contacted the Office of the Federal Public Defender and the U.S. Attorney's Office for input. The U.S. Probation Office reports that it has not yet received the U.S. Attorney's response. Accordingly, the U.S. Attorney is DIRECTED to respond to the U.S. Probation Office regarding this matter no later than seven (7) days from the filing date of this order.

SO ORDERED.

This the 30th day of June, 2016.

*James C. Fox*
JAMES C. FOX
Senior United States District Judge