# UNITED STATES DISTRICT COURT
for the
Eastern District of North Carolina

| | |
|---|---|
| United States of America<br>v.<br>Marcus Antonio McNeill<br><br>Date of Original Judgment: April 28, 2009<br>Date of Previous Amended Judgment: _____<br>*(Use Date of Last Amended Judgment if Any)* | ) <br> ) <br> ) Case No: 5:08-CR-188-1F <br> ) USM No: 12298-056 <br> ) <br> ) Robert Waters <br> *Defendant's Attorney* |

## AMENDED ORDER REGARDING MOTION FOR SENTENCE REDUCTION PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☑ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
☐ DENIED.  ☑ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of 420 months **is reduced to** 378 months in Counts 1 and 5, concurrent.

If the amount of time the defendant has already served exceeds this sentence, the sentence is reduced to a "Time Served" sentence, subject to an additional period of up to ten (10) days for administrative purposes of releasing the defendant.

*(Complete Parts I and II of Page 2 when motion is granted)*

Except as otherwise provided, all provisions of the judgment(s) dated April 28, 2009, shall remain in effect. **IT IS SO ORDERED.**

Order Date: 7/6/16                        *James C. Fox*
                                          *Judge's signature*

Effective Date: _____                    James C. Fox    Senior U.S. District Judge
*(if different from order date)*          *Printed name and title*